FILED

Deon L. Thomas, Pro Se'
14626 Red Gum Street
Moreno Valley, CA 92555
951-413-9071/951-242-7015
dlthomas32@gmail.com

2011 OCT -3 PM 12: 43

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIF.
LOS ANGELES

BY _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Deon L. Thomas  Pro Se'
Plaintiff

V.

AMERICAN CORADIUS
INTERNATIONAL, LLC
Defendant

Does 1 through 10

)
)   EDCV11-1575
)
)   Application TO PROCEED IN
)   FORMA PAUPERIS
)   Under Seal
)
)
)   **PROPOSED ORDER to FILE**
)   **UNDER SEAL**
)

Comes now Deon L. Thomas (Plaintiff) requesting to proceed In Forma Pauperis with Declaration in Support. Please file this order request under seal.

IF DENIED:

The underlying document and the sealing application shall be returned to Deon L. Thomas (Plaintiff) without filing.

Date: October 3, 2011

*[signature: Deon L. Thomas]*
Sign:

Page 1
**REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT**