Deon L. Thomas, Pro Se'
14626 Red Gum Street
Moreno Valley, CA 92555
951-413-9071/951-242-7015
dlthomas32@gmail.com

FILED
2011 OCT 11  PM 12: 53
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

LODGED
OCT -3 PM 12:42

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Deon L. Thomas Pro Se'
Plaintiff

V.

AMERICAN CORADIUS
INTERNATIONAL, LLC
Defendant

Does 1 through 10

EDCV11-1575 PSG (SPx)

**ORDER TO FILE UNDER SEAL
ORDER RE LEAVE TO FILE
ACTION WITHOUT
PREPAYMENT OF FILING FEE**

**It is so ordered** that the request of Deon L. Thomas (Plaintiff) to file the action Under Seal and without prepayment of the filing fee. Further proceedings in this matter are subject to the orders of the judge to whom the case is assigned.

Denied. No showing under L.R. 79.

Date: 10/5/11

_____
United State Magistrate Judge

Page 1
ORDER TO FILE UNDER SEAL ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE