FILED

Deon L. Thomas, Pro Se'
14626 Red Gum Street
Moreno Valley, CA 92555
951-413-9071/951-242-7015
dlthomas32@gmail.com

2011 OCT 11  PM 12: 54

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY

LODGED

2011 OCT -3  PM 12:42

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Deon L. Thomas  Pro Se'          )        EDCV11-1575 PSG SPx
Plaintiff                        )
                                 )
V.                               )
                                 )
AMERICAN CORADIUS                )        **COMPLAINT**
INTERNATIONAL, LLC               )
Defendant                        )        **VIOLATION OF FAIR CREDIT**
                                 )        **REPORTING ACT**
Does 1 through 10                )        **15 U.S.C. 1681 et seq.**
                                 )
                                          **TRIAL BY JURY**

---

TO THE CLERK OF THE COURT AND TO THE DEFENDANTS HEREIN

**PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**

**Comes now** the Plaintiff Deon L. Thomas :

1.       Plaintiff's Complaint is based on the Fair Credit Reporting Act (FCRA)
         *15 U.S.C. § 1681 et seq.*

///
///
///

## PRELIMINARY STATEMENT

2.       This is an action for damages; brought for damages for the violation of the Fair Credit Reporting Act (FCRA) 15 USC §1681, *et seq.*

## JURISDICTION

3.       Jurisdiction of this court arises pursuant to *15 U.S.C. §1681p* and *28 U.S.C. §1331.*

4.       All conditions precedence to the bringing of this action have been performed.

## VENUE

5.       The Plaintiff, Deon L. Thomas is a natural person and is a resident of the County of Riverside, State of California, and the action occurred here.

6.       The Defendant American Coradius International, LLC transact business in the state of California and in this District.

## PARTIES

7.     At all times hereinafter mentioned, The Plaintiff is a resident of Riverside County, State of California.  Deon L. Thomas, ("hereinafter Plaintiff").

8.       The Defendant American Coradius International, LLC ("hereinafter ACI") is a Delaware Corporation, form unknown, with office at 2420 Sweet Home Road, Suite 150, Amherst, NY 14228.

## FACTUAL ALLEGATION

9.       On or about August 19, 2011 Plaintiff received his credit report from a major credit reporting agency Trans Union and found an entry by an entity that was unknown within the credit report.

10.       Plaintiff observed and investigated his Trans Union credit report and determined that ACI pulled his credit report on or about March 8, 2010 without his expressed consent.

11.     Discovery of the violation of impermissible purpose brought forth herein occurred on or about August 2011 and are within the statute of limitations as defined in the FCRA *15 U.S.C. § 1681p.*

12.     ACI is in violation of the Fair Credit Reporting Act (FCRA) *15 U.S.C. § 1681b by* initiating credit report pulls with no permissible purpose from the credit bureaus, therefore lowering Plaintiff credit score.

13.     There was not an authorization by the Plaintiff for ACI to pull his credit report.  ACI pulled Plaintiff credit report without a legitimate purpose, judgment or contractual agreement.  Defendant are in violation of the FCRA.

Fair Credit Reporting Act (FCRA) *15 U.S.C. § 1681b*(f) **provides:**
A person shall not use or obtain a consumer report for any purpose unless—
**(1)** the consumer report is obtained for a purpose for which the consumer report is authorized to be furnished under this section; and
**(2)** the purpose is certified in accordance with section 1681e of this title by a prospective user of the report through a general or specific certification.

## <u>Count I</u>

**VIOLATION OF THE FAIR CREDIT REPORTING ACT(FCRA), 15 U.S.C. § 1681  WILLFUL NON-COMPLIANCE BY DEFENDANT ACI**

14.     Plaintiff restates and reiterates herein all previous paragraphs 1-13.

15.     Plaintiff is a consumer within the meaning of the FCRA 15 U.S.C. § 1681a(c).

16.     Trans Union is a credit reporting agency within the meaning of  15 U.S.C. § 1681a(f).

17.     Consumer credit report is a consumer report within the meaning of the FCRA 15 U.S.C. § 1681a(d).

18.     The FCRA, 15 U.S.C. § 1681b defines the permissible purpose for which a person may obtain a consumer credit report.

19.     Such permissible purpose as defined by 15 U.S.C. § 1681b are generally, if the consumer makes and application for credit, makes application for employment, for underwriting of insurance involving the consumer, or is offered a bona-fide offer of credit as a result of the inquiry.

20.     Plaintiff has never had any business dealings or any account with, made application for credit from, made application for employment with, applied for insurance from, or received a bona-fide offer of credit from ACI to acquire his consumer report from any credit reporting agency.

21.     At no time did Plaintiff give his consent for ACI to acquire his consumer credit report from any credit reporting agency.

22.     RCRA in 15 U.S.C. § 1681a(r)(4) states:  The terms "account" and "electronic fund transfer" have the same meanings as in section 1693a of this title.

(2) The term "account" means a demand deposit, savings deposit, or other asset account (**other than an occasional or incidental credit balance in an open end credit plan** as **defined in section 103(i) or this Act)**, as described in regulations of the Board, established primarily for personal, family, or household purposes, but such term does not include an account held by a financial institution pursuant to a bono fide trust agreement;

23.     **The definition of "account" clearly does not include an account such as a credit card open ended credit account,** but does include a demand deposit account, savings deposit or other asset account which is wholly different.  ACI was attempting to collect on an alleged account, which ACI never had any such alleged account to collect, so there was obviously no permissible purpose for the credit pull.

24.     On or about March 8, 2010 ACI obtained the Trans Union consumer credit report from the Plaintiff with no permissible purpose, which is in violation of FCRA 15 U.S.C. § 1681b.

25.     The action of ACI obtaining the consumer credit report of the Plaintiff with no permissible purpose or Plaintiff's consent, which was a willful violation of FCRA, 15 U.S.C. § 1681b and an egregious violation of Plaintiff's right to privacy, and thereby damaged Plaintiff by causing Plaintiff's credit score, credit report to decline, resulting in credit denial, higher interest rates and public humiliation..

WHEREFORE, Plaintiff demands judgment for damages against ACI for statutory damages of $1000.00, punitive damages to be determined by this honorable court, attorney's fees, pursuant to 15 U.S.C. § 1681n.

## COUNT II
## VIOLATION OF THE FAIR CREDIT REPORTING ACT(FCRA), 15 U.S.C. § 1681 NEGLIGENT NON-COMPLIANCE BY DEFENDANT ACI

26.     Plaintiff restates and reiterates herein all previous paragraphs 1-23.

27.     Plaintiff is a consumer within the meaning of the FCRA 15 U.S.C. § 1681a(c).

28.     Trans Union is a credit reporting agency within the meaning of 15 U.S.C. § 1681a(f).

29.     Consumer credit report is a consumer report within the meaning of the FCRA 15 U.S.C. § 1681a(d).

30.     The FCRA, 15 U.S.C. § 1681b defines the permissible purpose for which a person may obtain a consumer credit report.

31.     RCRA in 15 U.S.C. § 1681a(r)(4) states:  The terms "account" and "electronic fund transfer" have the same meanings as in section 1693a of this title.

(3) The term "account" means a demand deposit, savings deposit, or other asset account (**other than an occasional or incidental credit balance in an open end credit plan** as **defined in section 103(i) or this Act)**, as described in regulations of the Board, established primarily for personal, family, or household purposes, but such term does not include an account held by a financial institution pursuant to a bono fide trust agreement;

32.     **The definition of "account" clearly does not include an account such as a credit card open ended credit account,** but does include a demand deposit account, savings deposit or other asset account which is wholly different.  ACI was attempting to collect on an alleged account, which ACI never had any such alleged account to collect, so there was obviously no permissible purpose for the credit pull.

33.     ACI obtained Plaintiff's Trans Union consumer report negligently on March 8, 2010 with no permissible purpose under FCRA, 15 U.S.C. § 1681b and thereby damaged Plaintiff by causing Plaintiff's credit score, credit report to decline, resulting in credit denial, higher interest rates and public humiliation.

WHEREFORE, Plaintiff demands judgment of $1000.00, for damages against ACI for actual and punitive damages so determined by this Honorable Court, attorney's fees, pursuant to 15 U.S.C. § 1681o.

///

///

///

## **"DEMAND FOR JURY TRIAL"**

Plaintiff hereby DEMAND a trial by jury of all issues as a matter of law.


Respectfully submitted this 3rd Day of October 2011.


Deon L. Thomas, Without Prejudice
14626 Red Gum St.
Moreno Valley, CA 92555
951-242-7015/951-413-9071
<dlthomas32@gmail.com>

## CERTIFICATE OF SERVICE

Plaintiff is servicing this **SUMMONS AND COMPLAINT** to the Defendant
American Coradius International, LLC at 2420 Sweet Home Road, Suite 150,
Amherst, NY 14228, and will submit the same to the court of record on or about
October 3, 2011.

Deon L. Thomas, Pro Se'
14626 Red Gum St.
Moreno Valley, CA 92555
951-242-7015/951-413-9071
<dlthomas32@gmail.com>

## VERIFICATION OF COMPLAINT AND CERTIFICATION

State of California          )
                             )ss
County of Riverside          )

Plaintiff, Deon L. Thomas, states the following:

1. I am the Plaintiff in this civil proceeding.

2. I have read the above-entitled civil complaint and I believe that all the facts contained in it are true to the best of my knowledge, information and belief formed after reasonable inquiry.

3. I believe that this civil Complaint is well grounded, cognizable in facts and warranted by existing law or by good faith argument for the extension, modification, or reversal of existing law.

4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant, cause unnecessary delay to any Defendant, or create a needless increase in the cost of litigation to any Defendant, named in the Complaint.

5. I have filed this civil Complaint in good faith and solely for the purposes set forth in it.

Pursuant to 28 U.S.C. 1746(2), I Deon L. Thomas, hereby declares or (certifies, verify, or state) under penalty of perjury that the foregoing is true and correct.

Date: October 3, 2011

_____
Deon L. Thomas, Pro Se', Without Prejudice, All Rights Reserved
14626 Red Gum St.
Moreno Valley, CA 92555

951-242-7015/951-413-9071
<dlthomas32@gmail.com>

## JURAT

**Subscribed and sworn to** (or affirmed) before me on this _3_ day of ___OCTOBER___,

20_11_, by __DEoN  L.  THomAS___ _____, proved

to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Signature _____ (seal)



A. CASTRO
COMM #1826534
NOTARY PUBLIC - CALIFORNIA
RIVERSIDE COUNTY
My Commission Expires Dec. 12, 2012

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☑) | DEFENDANTS |
|---|---|
| Deon L. Thomas, Pro Se' | American Coradius International, LLC |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Deon L. Thomas, Pro Se'<br>14626 Red Gum St.<br>Moreno Valley, CA. 92555 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No   ☐ **MONEY DEMANDED IN COMPLAINT: $** 2000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Violation of FCRA 15 U.S.C. 1681, Impermissible Purpose, pulling credit report without a permissible purpose.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | | ☐ 510 Motions to | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 370 Other Fraud | Vacate Sentence Habeas Corpus | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 443 Housing/Acco-mmodations | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | **IMMIGRATION** | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | ☑ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | ☐ 690 Other | **FEDERAL TAX SUITS** |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

EDCV11-1575

**FOR OFFICE USE ONLY:**   Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)                          CIVIL COVER SHEET                          Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No   ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
                              ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
                              ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
                              ☐ D.  Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐    Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Riverside | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐    Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Amherst, NY |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
     **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Riverside | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _____ *pro se*   Date October 3, 2011

   **Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings
   or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed
   but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Philip S. Gutierrez and the assigned discovery Magistrate Judge is Sheri Pym.

The case number on all documents filed with the Court should read as follows:

## EDCV11- 1575 PSG (SPx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] Western Division | [ ] Southern Division | [X] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

EDCV11-1575 PSG (SPx)

| | |
|---|---|
| Deon L. Thomas, Pro Se' | )<br>) |
| _Plaintiff_ | ) |
| v. | )  Civil Action No. |
| American Coradius International, LLC and Does 1<br>through 10 | )<br>)<br>) |
| _Defendant_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Deon L. Thomas, Pro Se'
14626 Red Gum St.
Moreno Valley, CA. 92555

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

CHRISTOPHER POWERS

Date:  OCT 1 1

_Signature of Clerk or Deputy Clerk_

1181

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

□  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

□  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

□  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

□  I returned the summons unexecuted because _____ ; or

□  Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: