FILED

NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Deon L. Thomas, Pro Se'
14626 Red Gum St.
Moreno Valley, CA. 92555
951-413-4071 / 951-242-7015
dlthomas32@gmail.com

ATTORNEYS FOR:

2011 OCT 11 PM 12:54

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Deon L. Thomas, Pro Se' Plaintiff(s),

v.

America Coradius International, LLC
Does 1 through 10 Defendant(s)

CASE NUMBER: EDCV 11-1575 PSG SPx

CERTIFICATION AND NOTICE OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for ________________ (or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY** **CONNECTION**

(List the names of all such parties and identify their connection and interest.)

Deon L. Thomas - Plaintiff

American Coradius International, LLC - Defendant

LODGED

2011 OCT -3 PM 12:42

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY

October 3, 2011
Date

Sign

Attorney of record for or party appearing in pro per