Deon L. Thomas, Pro Se'
14626 Red Gum Street
Moreno Valley, CA 92555
951-413-9071/951-242-7015
dlthomas32@gmail.com

FILED
CLERK, U.S. DISTRICT COURT

NOV 2 1 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deon L. Thomas, Pro Se' | ) Case No.: |
| Plaintiff(s), | ) |
| | ) **EDCV11-1575 PSG(SPx)** |
| vs. | ) |
| | ) |
| American Coradius International, LLC and Does | ) |
| 1 through 10 | ) |
| Defendant(s). | ) AFFIDAVIT AND PROOF OF SERVICE OF |
| | ) SUMMONS |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

Comes now Deon L. Thomas ("Plaintiff"), submits Proof of Service of Summons. Please see Attachment.

I declare certify and declare under penalty of perjury under the law of the State of California that the forgoing is true and correct.

DATED: November 17, 2011

_Deon L. Thomas_
Deon L. Thomas, Pro Se.

# UNITED STATES DISTRICT COURT
## for the
### Central District of California

## AFFIDAVIT OF SERVICE

---

**DEON L. THOMAS, Pro Se,**
      Plaintiff(s),

   -against-                   Civil Action **No.: EDCV11-1575 PSG(SPx)**

**AMERICAN CORADIUS INTERNATIONAL, LLC and**
**Does 1 through 10,**
               Defendant(s).

---

STATE OF NEW YORK  )
COUNTY OF ALBANY  )

    KEITH J. CHRISTIANSEN, being duly sworn, deposes and says that: he is over the age of eighteen (18) years, is not a party to the action herein and resides in Voorheesville, NY. That on the 15th day of November 2011, at 12:20 p.m., he served the SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET and ADR QUESTIONNAIRE, in the above entitled action, upon AMERICAN CORADIUS INTERNATIONAL, LLC, by delivering to and leaving with Steven Pastore, a true copy thereof.

Location of Service:  80 State Street, Albany, NY.

Manner of Service:  By Clerk of the Corporation Service Company the Registered Agent, authorized to accept service.

Description of Person Served:  sex: male, age: 40, skin color: white, height: 5'10",
        Weight: 180, hair color: dark.

                              _____
                                Keith J. Christiansen

Sworn to before me this
15th day of November 2011

_____

**JANE CHRISTIANSEN**
**Notary Public, State of New York**
**No. 01CH6196916**
**Qualified in Albany County**
**Commission Expires November 17, 20__12**

Attachment 1

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _American Corndius International, LLC._

was received by me on *(date)* _11-14-2011_

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* _Steven Pastore_ , who is

designated by law to accept service of process on behalf of *(name of organization)* _Corporation_

_Service Company , Registered Agent_ on *(date)* _11-15-2011_ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

_____

My fees are $ _3.5_ for travel and $ _0_ for services, for a total of $ _3.00_ .

I declare under penalty of perjury that this information is true.

Date: _11-15-2011_

_____
Server's signature

_Keith V. Christiansen_
Printed name and title

_90 State Street, Ste 1204_
_Albany, NY 12207_
Server's address

Additional information regarding attempted service, etc:

_Attachment 2_