1  Debbie P. Kirkpatrick, Esq. (SBN 207112)
2  Albert R. Limberg, Esq. (SBN 211110)
3  SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
   1545 Hotel Circle South, Suite 150
4  San Diego, CA  92108-3426
5  Tel:   619/758-1891
   Fax:  619/296-2013
6  dkirkpatrick@sessions-law.biz
7  alimberg@sessions-law.biz

8  Attorney for American Coradius International, LLC
9

10                UNITED STATES DISTRICT COURT
11                CENTRAL DISTRICT OF CALIFORNIA
12

13  DEON L. THOMAS, Pro Se'           ) Case No.  11-CV-1575 PSG SPx
14              Plaintiff,            )
                                      )
15       vs.                          ) PROOF OF SERVICE
                                      )
16  AMERICAN CORADIUS                 )
    INTERNATIONAL, LLC                )
17                                    )
                                      )
18              Defendant.            )
                                      )
19                                    )

1  CASE NAME: Deon L. Thomas v. ACI
   CASE NO:   11-1575 PSG SP

2

3                          **PROOF OF SERVICE**

   I, the undersigned, hereby certify that I am a citizen of the United States, over the age of
4  18 years and not a party to the within action; my business address is 1545 Hotel Circle
   South, Suite 150, San Diego, California 92108.  On this date I served the following:

5

6              **AMERICAN CORADIUS INTERNATIONAL, LLC'S**
                        **ANSWER TO COMPLAINT**

7  ( X )   BY U.S. MAIL

8         I served a true and correct copy of the above-named documents by mail by placing
   the same in a sealed envelope with postage fully prepaid, and depositing said envelope in
9  the U.S. mail at San Diego, California.  Said envelope(s) was/were addressed as listed
   hereafter:

10
   ( )    BY FACSIMILIE MACHINE
11
          I caused to be transmitted by facsimile machine a true copy of the above-named
12 documents to the below listed.  Attached hereto is the Confirmation Report confirming
   the status of the transmission.

13
   ( )    BY COURT'S CM/ECF ELECTRONIC FILING SERVER
14
          I served on the interested parties in this action through their attorney's, as stated
15 below, who have agreed to accept electronic service in this matter, by electronically filing
   and serving said documents via the Court's CM/ECF electronic filing server.
16

17 Deon L. Thomas
   14626 Red Gum St.
18 Moreno Valley, CA 92555

19

20

21 I declare under penalty of perjury under the laws of the State of California that the
   foregoing is true and correct.
22

23 Dated: December 6, 2011                    _____
                                                      Ann M. Coito
24

25

26

27

28