UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 11-1575 PSG (SPx) | Date | March 5, 2012 |
|---|---|---|---|
| Title | Deon L. Thomas v. American Coradius International, LLC | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **(In Chambers) Order STRIKING Plaintiff's Request for Leave to File an Amended Complaint**

On February 13, 2012, Plaintiff filed a request for leave to amend his Complaint to add Stephen J. Moeller as a new defendant and assert claims for violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, and the California Rosenthal Fair Debt Collection Practice Act, Cal. Civ. Code § 1788 *et seq*.  *See* Dkt. # 14.  Defendant American Coradius International, LLC opposed the request.  *See* Dkt. # 15.

The Court's Standing Order requires strict compliance with Local Rules 6 and 7, requiring the parties to notice and file motions not later than twenty-eight (28) days before the date set for hearing.  *See* Dkt. # 7; LR 6-1; LR 7-4 (providing that the Court may decline to consider a motion unless it meets the requirements of L.R. 7-4 through 7-8, including the requirement that a movant include the date and time of the motion hearing on the first page of the notice of motion and every other document filed in connection with the motion).

Plaintiff failed to notice a hearing date for the request for leave to file a first amended complaint.  Accordingly, the request is STRICKEN for failure to comply with the Court's Standing Order and the Local Rules.  If Plaintiff wishes to proceed with the request to amend his complaint, Plaintiff may notice and file his motion for hearing on the next open hearing date.

**IT IS SO ORDERED.**