**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL MINUTES - GENERAL**

**cc: ADR Program**

| | | | |
|---|---|---|---|
| Case No.: | ED CV 11-1575-PSG (SPx) | Date: | March 5, 2012 |
| Title: | DEON L THOMAS -VS- AMERICAN CORADIUS INTERNATIONAL LLC., et al | | |

Present: The Honorable:   Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

Not Present                                                Not Present

Proceedings (In Chambers):   **VACATING SCHEDULING CONFERENCE**

   PLEASE TAKE NOTICE that the Scheduling Conference set for hearing on **March 12, 2012 at 2:00 PM** is hereby **vacated and taken off calendar**. On the Court's own motion, the following dates are hereby set. Counsel are directed to review the Court's trial order for further details.

| | |
|---|---|
| Last Day to Add Parties & Amend Pleadings (Doe defendants are dismissed as of cut-off to add parties) | 04-12-2012 |
| Discovery Cut-Off: | 09-11-2012 |
| Last Day to File Motion: | 09-25-2012 |
| Opening Expert Witness Disclosure [See F.R.Civ.P. 26(a)(2)] | 09-18-2012 |
| Rebuttal Expert Witness Disclosure: | 10-16-2012 |
| Expert Discovery Cut-Off: | 11-06-2012 |
| Final Pretrial Conference (2:30 p.m.): | 12-03-2012 |
| Jury Trial (9:00 a.m.): | 12-18-2012 |
| Estimated Length: | 2 Days |

                                                                    Initials of Preparer         ljw for wkh