E-FILED 03/06/12

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | |
| v. | |
| | **ORDER STRIKING FILED DOCUMENTS FROM THE RECORD** |
| DEFENDANT(S). | |

WHEREAS, the documents listed below were improperly filed for the following reason(s)

_____
_____
_____

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| **Document Entitled** | **Filed** |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

IT IS FURTHER ORDERED that the documents shall <u>not be returned</u> to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

**PHILIP S. GUTIERREZ**

Date