Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions-law.biz
alimberg@sessions-law.biz

Attorney for American Coradius International, LLC

UNITED STATES DISTRICT COURT

CENTRAL  DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEON L. THOMAS, Pro Se' <br> Plaintiff, <br> vs. <br> AMERICAN CORADIUS INTERNATIONAL, LLC <br><br> Defendant. | Case No.  11-CV-1575 PSG SPx <br><br> NOTICE OF RELATED CASE |

   NOTICE IS HEREBY GIVEN that the above-captioned matter is related to the case known as Deon L. Thomas v. American Coradius International, LLC, et al. Case No. CV-12-3548 JAK (SPx) pending in the U.S. District Court, Central District of California, Western Division, filed on April 13, 2012 and assigned to the Hon. John Kronstadt.  The cases are related because they involve the same

Notice of Related Case

1

parties, arise from the same events, and call for determination of substantially related questions of law and fact.

Dated: 5/7/12                       SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/ Debbie P. Kirkpatrick
Debbie P. Kirkpatrick
Attorney for Defendant
American Coradius International, LLC