Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions-law.biz
alimberg@sessions-law.biz

Attorney for American Coradius International, LLC

UNITED STATES DISTRICT COURT

CENTRAL  DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEON L. THOMAS, Pro Se,<br><br>        Plaintiff,<br><br>    vs.<br><br>AMERICAN CORADIUS<br>INTERNATIONAL, LLC,<br><br>        Defendant. | Case No.  11-CV-1575 PSG SPx<br><br>DEFENDANT AMERICAN CORADIUS INTERNATIONAL, LLC'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT<br><br>DATE:  October 22, 2012<br>TIME:  1:30 p.m.<br>PLACE:  Courtroom 880 - Roybal<br>JUDGE: Hon. Philip S. Gutierrez |

NOTICE IS HEREBY GIVEN that on October 22, 1012 at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 880 of this Court, located at 255 East Temple Street, Los Angeles, California 90012, Defendant American

**Defendant American Coradius International, LLC's Notice of Motion and
Motion for Summary Judgment**

1

Coradius International, LLC ("ACI"), by and through undersigned counsel, will and hereby does move, pursuant to Fed. R. Civ. P. 56, for summary judgment on the Complaint filed by Plaintiff, Deon L. Thomas.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place between the undersigned and Plaintiff Deon Thomas on several occasions, the last of which occurred on August 3, 2012.

There are no genuine issues of material fact. As a matter of law, ACI is entitled to judgment. Plaintiff's sole claim under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq.*, is that ACI made an impermissible inquiry on this credit report. The inquiry was made in connection with an account in Plaintiff's name that had been placed with ACI for collection and was therefore permissible under the FCRA.

Defendant's motion is supported by the accompanying Memorandum of Points and Authorities in Support of Motion for Summary Judgment, Statement of Uncontroverted Facts and Conclusions of Law, the Declaration of Stephen J. Moeller, and all other facts and argument which the Court may or must consider.

WHEREFORE, based on the foregoing, ACI respectfully requests that the Court grant the requested relief and dismiss Plaintiff's complaint in its entirety.

**Defendant American Coradius International, LLC's Notice of Motion and Motion for Summary Judgment**

SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

Dated: August 28, 2012        _/s/Debbie P. Kirkpatrick_____
Debbie P. Kirkpatrick,
Attorney for Defendant
American Coradius International, LLC

**Defendant American Coradius International, LLC's Notice of Motion and
Motion for Summary Judgment**