Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA 92108-3426
Tel:   619/758-1891
Fax:  619/296-2013
dkirkpatrick@sessions-law.biz
alimberg@sessions-law.biz

Attorney for American Coradius International, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEON L. THOMAS, Pro Se,<br><br>        Plaintiff,<br><br>    vs.<br><br>AMERICAN CORADIUS INTERNATIONAL, LLC,<br><br>        Defendant. | Case No.  11-CV-1575 PSG SPx<br><br>DEFENDANTS AMERICAN CORADIUS INTERNATIONAL, LLC AND STEPHEN J. MOELLER'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW<br><br>DATE: October 22, 2012<br>TIME: 1:30 p.m.<br>PLACE: Courtroom 880 - Roybal<br>JUDGE: Hon. Philip S. Gutierrez |

Pursuant to Fed. R. Civ. P. 56 and L.R. 56-1, Defendant, American Coradius International, LLC ("ACI"), by and through the undersigned counsel, hereby submits this Statement of Uncontroverted Facts and Conclusions of Law. ACI

**Defendant American Coradius International, LLC and Stephen J. Moeller's**
**Statement of Uncontroverted Facts and Conclusions of Law**

1

respectfully requests the Court consider the following undisputed facts and conclusion of law:

1. An account in Plaintiff's name was placed with ACI for collection on March 8, 2010 by Systems & Services Technologies, Inc. ("SST"). *See* Declaration of Stephen J. Moeller filed herewith ("Moeller Decl."), ¶ 4.

2. ACI made an inquiry on Plaintiff's credit report on or about March 8, 2010 in connection with collection of the account. *See* Moeller Decl., ¶ 5.

3. Thereafter, ACI undertook efforts to collect the debt in the ordinary course of business until September 12, 2010, at which point the account was recalled from ACI by SST. *See* Moeller Decl., ¶ 6.

4. ACI undertook no further efforts to collect the debt after September 12, 2010. *See* Moeller Decl., ¶ 7.

5. ACI had a permissible purpose to make an inquiry on Plaintiff's credit report pursuant to 15 U.S.C. § 1681b(a)(3)(A).

Dated: 8/28/12                SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

*/s/Debbie P. Kirkpatrick*
Debbie P. Kirkpatrick
Attorney for Defendant
American Coradius International, LLC

Defendant American Coradius International, LLC and Stephen J. Moeller's
Statement of Uncontroverted Facts and Conclusions of Law

2