Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:  619/296-2013
dkirkpatrick@sessions-law.biz
alimberg@sessions-law.biz

Attorney for American Coradius International, LLC

UNITED STATES DISTRICT COURT

CENTRAL  DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEON L. THOMAS, Pro Se,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AMERICAN CORADIUS INTERNATIONAL, LLC<br><br>　　　　　Defendant. | Case No.  11-CV-1575 PSG SPx<br><br>DECLARATION OF STEPHEN J. MOELLER IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OF DEFENDANT AMERICAN CORADIUS INTERNATIONAL, LLC<br><br>DATE:  October 22, 2012<br>TIME:  1:30 p.m.<br>PLACE:  Courtroom 880 - Roybal<br>JUDGE: Hon. Philip S. Gutierrez |

I, Stephen J. Moeller, declare:

1. I am employed by defendant American Coradius International, LLC ("ACI") as Director, Corporate Compliance.

2. Through my job responsibilities, I have access to the collection records, client databases, and other electronic materials maintained by ACI in the ordinary course of business. Entries are made into these records at or near the applicable event by individuals having personal knowledge of the event. ACI relies on these records in the ordinary course of its debt collection business. I have personally reviewed records relating to the Deon Thomas account that was placed with ACI for collection.

3. I have personal knowledge of the facts stated herein based on my review of ACI's business records and knowledge of ACI's business practices. If called as a witness I could testify competently to these facts.

4. ACI is a debt collection company. On March 8, 2010 an account in the name of Deon Thomas was placed with ACI for collection by Systems and Services Technologies, Inc. ("SST").

5. On or about March 8, 2010, ACI made an inquiry on Mr. Thomas's credit report in relation to collection of the SST account.

6. ACI undertook efforts in the ordinary course of business to collect the account until on or about September 12, 2010, when the account was recalled by SST and closed.

///

7. ACI did not undertake any further efforts to collect the account after September 12, 2010.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24TH day of August, 2012 at Amherst, New York.

*Stephen J. Moeller*