Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:  619/296-2013
dkirkpatrick@sessions-law.biz
alimberg@sessions-law.biz

Attorney for American Coradius International, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEON L. THOMAS, Pro Se,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>AMERICAN CORADIUS INTERNATIONAL, LLC,<br><br>　　　　　Defendant. | Case No.  11-CV-1575 PSG SPx<br><br>[PROPOSED] JUDGMENT<br><br>DATE:  October 22, 2012<br>TIME:  1:30 p.m.<br>PLACE:  Courtroom 880 - Roybal<br>JUDGE: Hon. Philip S. Gutierrez |

　　　The Motion for Summary Judgment filed by defendant, American Coradius International, LLC, came on for hearing on October 22, 2012, before the Honorable Philip S. Gutierrez, United States District Judge.  The evidence

[Proposed] Judgment

1

presented having been fully considered, the arguments having been heard, and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that defendant's Motion for Summary Judgment is granted and this action is dismissed with prejudice.

Dated:

_____
Honorable Philip S. Gutierrez
United States District Judge